USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08

JAN . . 2008

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

KEVIN A. MADDEN
*Labor and Employment Law Division*
Phone. 212-788-0850
Fax. 212-788-8877

**MEMO ENDORSED**

January 17, 2008

1/17/08 - Over plaintiff's objection, I grant this request. Douglas F. Eaton

**BY FACSIMILE (212) 805-6181**

Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

Re: Frankel v. City of New York, et al.
Docket No.: 06 Civ. 5450 (LTS)(DFE)
Docket No.: 07 Civ. 3436 (LTS)(DFE)

Dear Magistrate Judge Eaton:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, New York City Department of Environmental Protection (hereinafter, "DEP"), Keino Leitch, Cecil McMaster, Martha Osenni and Romel Osbourne (collectively, "City Defendants") in the above-referenced consolidated action. City Defendants write, pursuant to the Court's January 3, 2008 order, to respectfully request a one-week adjournment, from January 17, 2008 until January 24, 2008, to submit to plaintiff their draft Rule 56.1 statement of undisputed facts. Plaintiff does not consent to this one-week adjournment.

While I have completed City Defendants' draft of their Rule 56.1 statement of undisputed facts, my supervisor has been unable to complete her review of the draft due to work constraints, and City Defendants thus respectfully request this brief adjournment to permit my supervisor time to complete her review of the draft such that any necessary revisions may be incorporated prior to submission of the draft Rule 56.1 statement to plaintiff. City Defendants recognize that the parties' exchange of respective draft Rule 56.1 statements will help to focus the forthcoming respective summary judgment motions and believe that this additional time will allow for meaningful review by my supervisor, and help to narrow the issues that should be presented to the Court. Moreover, City Defendants submit that, as the parties' deadline for filing

respective summary judgment motions is March 7, 2008 and the deadline for filing opposition is March 24, 2008, plaintiff will not be prejudiced by City Defendants' submission of their draft Rule 56.1 statement to him by January 24, 2008.

For the foregoing reasons, City Defendants respectfully request this one-week adjournment, from January 17, 2008 until January 24, 2008, to submit their draft Rule 56.1 statement to plaintiff.

Thank you for your consideration of this request.

Respectfully submitted,

Kevin A. Madden (KM 4999)
Assistant Corporation Counsel

cc: Mervyn Frankel (by facsimile)

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**FACSIMILE TRANSMISSION**

| TO: | Honorable Douglas F. Eaton | FROM: | Kevin A. Madden |
|---|---|---|---|
| FAX #: | 212-805-6181 | DATE: | January 17, 2008 |

You should receive ____ pages, including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

**Message:**

Re: Frankel v. City of New York, et al.
Docket No.: 06 Civ. 5450 (LTS)(DFE)
Docket No.: 07 Civ. 3436 (LTS)(DFE)