MAR-28-2008 01:50P FROM:
NYC LAW DEPARTMENT       Fax:212-788-8877         Mar 28 2008 13:26  TO:12123056191   P.01   P.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

Mervyn Frankel,

                            Plaintiff,

     - vs.-

New York City Department of Environmental Protection,
Keino Leitch, Cecil McMaster, Martha Osenni,

                            Defendants.

------------------------------------------------------------- x

**STIPULATION**

06 CV 5450 (LTS)(DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MERVYN FRANKEL,

                            Plaintiff,

     -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL PROTECTION,
KEINO LEITCH, CECIL MCMASTER, ROMEL
OSBOURNE and MARTHA OSENNI,

                            Defendants.

07 Civ. 3436 (LTS)(DFE)

------------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties herein that plaintiff's time to serve his opposition to Defendants' cross-motion for summary judgment, dated March 14, 2008, if any, and plaintiff's time to serve his reply memorandum in further support of plaintiff's motion for summary judgment, dated February 12, 2008, if any, is extended from March 31, 2008 until April 21, 2008 and that

Defendants' time to serve their reply memorandum in further support of their motion for summary judgment, dated March 14, 2008, if any, is extended from April 21, 2008 until May 5, 2008. Plaintiff agrees that if he serves his opposition to Defendants' cross-motion for summary judgment and/or his reply memorandum in further support of his motion for summary judgment on April 21, 2008 that he will effect service via overnight mail but that if he serves either his opposition to Defendants' cross-motion for summary judgment and/or his reply memorandum in further support of plaintiff's motion for summary judgment prior to April 21, 2008 that he may effect service via regular mail.

Dated:  New York, New York
        March 28, 2008

MERVYN FRANKEL
Plaintiff *pro se*
144-16 68 Drive
Flushing, New York 11367
(718) 793-5084
FAX 718-263-4564

By: *Mervyn Frankel*
    Mervyn Frankel

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-122
New York, New York 10007
(212) 788-0880

By: *[signature]*
    Kevin A. Madden
    Assistant Corporation Counsel

SO ORDERED: March 28, 2008

*Douglas F. Eaton*

- 2 -