UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MERVYN FRANKEL,

       Plaintiff,

-v-                                         No. 06 Civ. 5450 (LTS)(DFE)
                                          No. 07 Civ. 3436 (LTS)(DFE)

CITY OF NEW YORK, et al.,

       Defendants.
-------------------------------------------------------x



### ORDER

       In light of the pending summary judgment motions in the related above-captioned cases, the joint final pre-trial conference in these actions currently scheduled for May 1, 2008, is adjourned to September 4, 2008, at 10:00 a.m.

Dated: New York, New York
       April 8, 2008

                                                       LAURA TAYLOR SWAIN
                                                     United States District Judge

Copies mailed/~~faxed~~ to  pro se pla's faxed to Deft's Council
Chambers of Judge Swain
                              4-10-08