UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARVYN FRANKEL,

      Plaintiff,

  -v-                                            No. 06 Civ. 5450 (LTS)(DFE)
                                                    No. 07 Civ. 3436 (LTS)(DFE)

CITY OF NEW YORK, et al.,

      Defendants.

------------------------------------------------------------x



## ORDER

        The Court received correspondence from the parties in the above-captioned case regarding an adjournment of the final pretrial conference currently scheduled for September 4, 2008. The Court has reviewed defense counsel's August 6, 2008, request and Plaintiff's objections, dated August 7, 2008. In light of the need to allow sufficient time for objections and responses to Magistrate Judge Eaton's report and recommendation on the summary judgment motion, a determination by this Court and to accommodate the parties' need for adequate preparation time if summary judgment is denied, the final pretrial conference is adjourned to February 5, 2009, at 10:00 a.m.

Dated: New York, New York
         August 12, 2008

                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge

Copies mailed/faxed to
Chambers of Judge Swain   All parties
                                       8-13-08