```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 9 2008
```

144-16 68 Drive
**Flushing, New York**
**August 15, 2008**

**Via fax**

**Honorable Laura T. Swain**
**United States District Judge**
**United States District Court**
**Southern District of New York**
**500 Pearl Street**
**Room 755**
**New York, New York 10007**
**Southern District of New York**

# MEMO ENDORSED

**RE: Case 06CV5450 (LTS) (DFE) - Mervyn Frankel vs City of New York/**
**NYC Department of Environmental Protection et al**
**RE: Case 07CV3436 (LTS) (DFE) - Mervyn Frankel vs City of New York/**
**NYC Department of Environmental Protection et al**

**Plaintiff is preparing an answer to Judge Eaton's recommendations to your Honor.**

**This note is just to verify what plaintiff believes to be obvious that the September 4,**
**2008  pre-trial hearing has been postponed until your Honor comes to a decision on**
**Judge Eaton's recommendations.**

**I am assuming this to be true unless notified to the contrary.**

**Have a great weekend.**

*The final pre trial conference is currently scheduled for February 5, 2009 at 10:00 AM.*

**Respectfully submitted.......**

**Sincerely,**

*Mervyn Frankel*

**Mervyn Frankel ( pro-se plaintiff)**
**917-841-9507  Fax : 718-263-4564**

SO ORDERED.

NEW YORK, NY _____
LAURA TAYLOR SWAIN
AUG 19, 2008 UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to ___All parties___
Chambers of Judge Swain
8-19-08